## United States v. Milton Snedeker Corp.

No. 7183.—Invoice dated Toronto, Canada, November 10, 1944.
Certified November 10, 1944.
Entered at New York, N. Y., November 16, 1944.
Entry No. 712358.

(Decided April 14, 1947)

*Paul P. Rao,* Assistant Attorney General, for the plaintiff.
Defendant not represented by counsel.

Lawrence, Judge: This appeal for reappraisement has been submitted for decision upon a stipulation entered into between the parties.

Upon the agreed facts I find the foreign value of the merchandise to which this appeal relates, as that value is defined in section 402 (c)

of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, to be the proper basis for determining the values of said merchandise, and that such values are as follows:

| Manufacturer's No. | | Description of merchandise | Canadian dollars |
|---|---|---|---|
| | | Precision wire wound resistors | |
| 214–CE | 150 | –0.5 Megohm Type WW 5 Resistors_____6.05 each | |
| 217–CE | 238 | 10,000 Ohms Type WW 3 Resistors_____1.50 " | |
| 220–CE | 546 | 4,000 Ohms Type WW 3 Resistors_____1.50 " | |
| 222–CE | 375 | 1.0 Megohm Type WW 5 Resistors_____7.90 " | |

All items less 40% packed

Judgment will be entered accordingly.